# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2019

*The Court of Appeals hereby passes the following order:*

## A20A0314. DIAMOND v. BANK OF AMERICA, N. A.

This pro se appeal was docketed on September 3, 2019, such that appellant Carmen Diamond's initial brief was due on September 23. See Court of Appeals Rule 23 (a). On that date, Diamond moved for an extension to file her initial brief, which the Court granted until October 23, 2019. As of November 4, 2019, however, Diamond had neither filed a brief nor asked for a second extension of time.

Court of Appeals Rule 23 (a) provides that an appellant's failure to file a timely brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal[.]" This appeal is hereby DISMISSED for failure to file an initial brief. Id.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/15/2019
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.